■ In the Matter of KEVIN THOMPSON, Appellant, v DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, Respondent. [33 NYS3d 775]—Appeal from a judgment of the Supreme Court (Melkonian, J.), entered September 30, 2015, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of the Board of Parole denying petitioner's request for parole release.

Petitioner commenced this CPLR article 78 proceeding challenging an August 2014 determination of the Board of Parole denying his request for parole release and ordering his next appearance in 15 months. Supreme Court dismissed the petition, and this appeal ensued. The Attorney General has advised this Court that petitioner reappeared before the Board in November 2015 and was again denied parole release. As a result, the appeal is now moot and must be dismissed (*see Matter of Franko v Department of Corr. & Community Supervision*, 126 AD3d 1193, 1193 [2015]).

Peters, P.J., Egan Jr., Rose, Lynch and Aarons, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.